```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
------------------------------------------- X   DOC #:_____
                                            :   DATE FILED: 11/15/2019
ERIN SAX, et al                             :
                        Plaintiffs          :
                                            :   19 Civ. 8187 (LGS)
            -against-                       :
                                            :       ORDER
LUCKY 8 TV, LLC                             :
                        Defendant.          :
------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for **November 21, 2019, at 10:30 A.M.** and pre-conference materials are due on November 14, 2019. *See* Dkt. 4.;

WHEREAS, the parties have not submitted pre-conference materials. It is hereby

**ORDERED** that by **November 18, 2019, at 3:00 P.M.** the parties shall file the pre-conference materials on the Docket.

The parties are reminded to comply with the Court's Individual Rules.

Dated: November 15, 2019
       New York, New York

                                    **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**