USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERIN SAX, et al.,

                Plaintiffs,

      -against-

LUCKY 8 TV, LLC,

                Defendant.
-------------------------------------------------------------X

19 Civ. 8187 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on November 15, 2019, the parties were order to file pre-conference material by November 18, 2019, at 3:00 P.M. (Dkt No. 6);

    WHEREAS, on November 18, 2019, the parties filed a Proposed Case Management Plan but did not file a Joint Letter as required in the Order setting the initial conference (Dkt No. 4). It is hereby

    **ORDERED** that by **November 19, 2019**, the parties shall file the Joint Letter in anticipation of the initial pretrial conference.

Dated: November 18, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**