USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDY PHILLIPS-JOHNSON,
                           Plaintiff,

-against-

LUCKY 8 TV, LLC, et al.
                           Defendants.
------------------------------------------------------------X

19 Civ. 8187 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 30, 2020, set the initial conference for March 12, 2020, at 10:30 A.M. ECF 29. Pre-conference materials are due seven calendar days prior to the initial conference, or by March 5, 2020. *See* ECF 4. Pre-conference materials must include a joint letter that includes the information stated in the Order dated September 20, 2019. ECF 4;

WHEREAS, the parties did not timely file a joint letter. It is hereby

**ORDERED** that the parties shall file a joint letter as soon as possible, and no later than **March 9, 2020, at 10:00 A.M**.

Dated: March 6, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE