```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SANDRA PHILLIPS-JOHNSON,                                    :
                              Plaintiff,                    :
                                                            :          19 Civ. 8187 (LGS)
              -against-                                     :
                                                            :                ORDER
LUCKY 8 TV LLC, et al.                                      :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 6, 2020, Defendants filed a letter requesting a conference to discuss filing a motion to dismiss the Second Amended Complaint and to strike Plaintiff's jury demand. ECF 40.  Defendants also requested that discovery be stayed pending a ruling on the motion.  *Id.*;

WHEREAS, on April 14, 2020, Plaintiff filed a response.  ECF 43;

WHEREAS, a conference is set for April 23, 2020, at 10:30 A.M. to discuss Defendants' motion and any other issues.  ECF 44.  It is hereby

**ORDERED** that Defendants shall, by **May 8, 2020,** file a motion to dismiss the Second Amended Complaint and strike Plaintiff's jury demand and an accompanying memorandum of law.  Plaintiff shall, by **May 22, 2020**, file her opposition and accompanying memorandum of law.  Defendants shall file the reply by **June 3, 2020**.  The parties shall comply with the Court's Individual Rules, including those concerning page limits and courtesy copies.  It is further

**ORDERED** that the conference set for April 23, 2020, at 10:30 A.M. is canceled.  It is further

**ORDERED** that discovery is stayed pending a ruling on Defendants' motion.

Dated: April 22, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**