UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  SANDRA PHILLIPS-JOHNSON,
                                 Plaintiff,    :          19 Civ. 8187 (LGS)

              -against-              :          **ORDER**

  LUCKY 8 TV, LLC, et al.,
                                Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed a Complaint on September 3, 2019, (Dkt. No. 1) pursuant to the Court's diversity jurisdiction.  On December 20, 2019, Plaintiff filed her First Amended Complaint.  (Dkt. No. 19).  On March 26, 2020, Plaintiff filed her Second Amended Complaint. (Dkt. No. 39).

      WHEREAS,  "[i]t is axiomatic that 'diversity jurisdiction is available only when all adverse parties to a litigation are completely diverse in their citizenship.'"  *Washington Nat'l Ins. Co. v. OBEX Grp. LLC*, 958 F.3d 126, 133 (2d. Cir. 2020) (citing *Herrick Co. v. SCS Commc'ns, Inc.*, 251 F.3d 315, 322 (2d Cir. 2001).

      WHEREAS, the citizenship of an LLC for purposes of diversity jurisdiction is the citizenship of its members.  *See Platinum-Montaur Life Scis., LLC v. Navidea Biopharmaceuticals, Inc.*, 943 F.3d 613, 615 (2d Cir. 2019) ("Platinum-Montaur is a limited liability company ("LLC"), which takes the citizenship of all its members.").

      WHEREAS, the Second Amended Complaint fails to allege where Defendant LUCKY 8 TV, LLC, or Defendant A&E Television Networks, LLC are citizens.

      **ORDERED** that, by **October 7, 2020**, Defendants shall file a letter identifying the members of each Defendant LLC, setting forth with respect to each such member facts sufficient

to demonstrate citizenship (domicile) for purposes of diversity jurisdiction. To the extent any member is an LLC or an LLP, the members of that entity and citizenship shall be identified, and so forth until the citizenship of each Defendant entity is established.

    SO ORDERED.

Dated: September 29, 2020
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**